Rudolph George STANKO, and on behalf of prisoners imprisoned with the Federal Bureau of Prisons, Appellant,

v.

Ricardo RIOS, local director/warden; Michael K. Nelley, regional director; Harley Lappin, national director, Appellees.

No. 09–2338.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 24, 2010.

Filed: Feb. 26, 2010.

Rudolph George Stanko, White Deer, PA, pro se.

Tricia Annette Tingle, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Rudolph George Stanko appeals the district court's [1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, *see Lopez–Lopez v. Sanders*, 590 F.3d 905, 907 (8th Cir.2010), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.